[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED JXM
10/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rochell Cardona,<br><br>Plaintiff(s),<br><br>vs.<br><br>Handan Gorun,<br><br>Defendant(s). | Case No. 23CV15353<br>Judge Nancy L. Maldonaldo<br>Magistrate Judge M. David Weisman<br>Random<br>CAT 3 |

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _____Rochell Cardona_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Handan Gorun**, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Cook County**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **Copyright Infringment**, in the County of **Cook**, State of Illinois, at **On Etsy.com living at 9 6. Basak Sk Hulya APT A Blok / Cekirge Mah osmangazi**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: **After filing a Intellectual Property Policy On Etsy defndent procceded to file DMCA swearing under penalty of perjury of**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

misidentification of material.                                                                                           .

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):

8. Plaintiff was charged with one or more crimes, specifically:

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows                                                                                                   .

☐ Other:                                                                                                               .

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plantiff, Rochell Cardona reported multiple listing from Handan Gorun for Copyright Infringement. All listings violated the Copyright Office in accordance with title 17, United States Code attest that registration has been made for the work identified in the following. Regestration Number V Au 1-506-241 Effective Date of Registration: June 12,2023. After reporting for IP Infringement defendant, then procceded to file a DMCA counter notice even with the copyright attched in the form. The art work not only is a copy of the graphics but also the replica of quotes.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury.  ☒ Yes  ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-15353 Document #: 1 Filed: 10/26/23 Page 5 of 5 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *[signature]*

Plaintiff's name *(print clearly or type)*: Rochell Cardona

Plaintiff's mailing address: 1814 W Armiatge

City Chicago  State IL  ZIP 60622

Plaintiff's telephone number: (832) 329-8158

Plaintiff's email address *(if you prefer to be contacted by email)*: Rochellcardona@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes [X] No

If yes, please list the cases below.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5